JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>            Plaintiffs,<br><br>     vs.<br><br>C. T. AND F., INC., a California corporation; RUBY JEANETTE GALLAND, an individual,<br><br>            Defendants. | CASE NO.: CV14-00232 JCG<br><br>ASSIGNED TO THE HONORABLE JAY C. GANDHI<br><br>**JUDGMENT** |

This action having been commenced on January 10, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendants, C. T. and F., Inc., a California corporation and Ruby Jeanette Galland, an individual, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover, from Defendant C. T. and F., Inc., a California corporation, and Defendant Ruby Jeanette Galland, an individual, jointly and severally, the principal amount of $625,000.00, together with pre-judgment and post-judgment interest at the rate of 4% per annum accruing from August 19, 2014, until the judgment is paid in full.

DATED: August 22, 2014      _____
JAY C. GANDHI
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE